**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INT. OF: C.J.S., A MINOR     :  No. 41 MAL 2023
:
:
PETITION OF: C.J.S., A MINOR     :  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.